IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRIAN WATKINS** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-00224-BSM**

**JORDAN ABLES,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of May, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE